# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA CATALANO, et al., | Case No. CV 24-4871 FMO (BFMx) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE RE: REMAND** |
| STATE FARM GENERAL INSURANCE COMPANY, et al., | |
| Defendants. | |

On February 24, 2025, the Court issued an order noting that "the jurisdictional allegations now appear to be defective" and instructing plaintiffs to "file a Third Amended Complaint that sets forth the citizenship of the newly added defendants." (See Dkt. 67, Court's Order of February 24, 2025). Plaintiffs failed to do so. (See, generally, Dkt.). The court remains concerned that it lacks jurisdiction over this action. Specifically, plaintiffs allege that the newly added defendants "are domiciled in Nevada and other states" but do not specify the citizenship of each defendant. (See Dkt. 53, Second Amended Complaint at 6). Under the circumstances, it is necessary for the court to determine the citizenship of all the parties. Accordingly, IT IS ORDERED that:

1. No later than **March 24, 2025**, plaintiffs shall file a Third Amended Complaint that sets forth the citizenship of the newly added defendants. Failure to do so by the deadline set forth above shall be deemed as consent to remand of the action to state court.

2. Plaintiffs' Application for Entry of Default **(Document No. 75)** is **denied as moot**.

3. The Court's Order of March 14, 2025 (Dkt. 83), which instructed plaintiffs to file a motion for default judgment, is hereby **vacated**. The court will set a deadline for plaintiffs to file a motion for default judgment after the jurisdictional issues are resolved.

Dated this 18th day of March, 2025.

                                                  /s/  
                                           Fernando M. Olguin  
                                        United States District Judge